UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

LISA CHAMBERLIN                          Docket Number: 13 CV 2907 (ALC)

             -against-                    NOTICE OF ASSIGNMENT

OCWEN FINANCIAL
-------------------------------------------------------

        The above-entitled action is:

[   ] Declined by Hon.
          As  [   ]Related/ [   ] Similar to case #:

[   ] Assigned to the Hon.
          [   ] Designated / [   ] Redesignated Hon.                    ,Magistrate Judge

[ X ] Accepted by Hon. ANDREW L. CARTER (ALC) as [ X ] Related/ [   ] Similar to case
          #:     12 CV 8992
          [ X ] Designated  [   ] Redesignated Hon. HENRY B. PITMAN (HBP),
          Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

                                        Ruby J. Krajick
                                        Clerk of Court

Dated: 05/08/2013              By:      PHYLLIS ADAMIK
                                        Deputy Clerk