UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
:
LISA CHAMBERLIN ENGELHARDT, JOHN :
CLARIZIA, GERALD COULTHURST,
ENRIQUE DOMINGUEZ, on behalf of themselves :
and all others similarly situated,
:
: Case No. 13-cv-2907
           Plaintiffs, :
:
      - v - :
: **NOTICE OF APPEARANCE**
OCWEN FINANCIAL CORPORATION, OCWEN :
LOAN SERVICING, LLC, ASSURANT, INC.,
AMERICAN SECURITY INSURANCE :
COMPANY, and STANDARD GUARANTY
INSURANCE COMPANY, :
:
           Defendants. :
------------------------------------------- X

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in this case for defendant Standard Guaranty Insurance Company. I certify that I am admitted to practice before this Court.

Dated: New York, New York
       May 10, 2013

                                        /s/ Andrew T. Solomon
                                        Andrew T. Solomon
                                        Sullivan & Worcester LLP
                                        1633 Broadway, 32nd Floor
                                        New York, New York 10019
                                        Telephone: (212) 660-3000
                                        Facsimile: (212) 660-3001
                                        asolomon@sandw.com

## **CERTIFICATE OF SERVICE**

      I certify that on May 10, 2013, I filed a true and correct copy of the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for all parties.

Dated:  New York, New York
         May 10, 2013                              /s/ Andrew T. Solomon
                                                            Andrew T. Solomon