UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| LISA CHAMBERLIN ENGELHARDT *et al.*, on behalf of themselves and all others similarly situated, | : : : : : | ECF Case<br><br>No. 13 Civ. 2907 |
| Plaintiffs, | : : |  |
| vs. | : | **RULE 7.1 DISCLOSURE** |
| OCWEN FINANCIAL CORPORATION *et al.*, | : : : |  |
| Defendants. | : : |  |

  Pursuant to Fed. R. Civ. P. 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Standard Guaranty Insurance Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

  American Security Insurance Company wholly owns Standard Guaranty Insurance Company. Non-party Interfinancial, Inc., wholly owns American Security Insurance Company and is, in turn, a wholly owned subsidiary of Assurant, Inc., a publicly held and traded corporation. No corporation owns more than 10% of the stock of Assurant, Inc.

Dated: May 9, 2013

                   SULLIVAN & WORCESTER LLP

                   By: */s/ Andrew T. Solomon*
                   Andrew T. Solomon
                   Karen E. Abravanel
                   1633 Broadway
                   New York, New York 10019
                   Telephone: (212) 660-3069
                   Facsimile: (212) 660-3001
                   Email:  asolomon@sandw.com

                   *Attorneys for Defendant*
                   *Standard Guaranty Insurance Company*