UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LISA CHAMBERLIN ENGELHARDT *et al.*, on behalf of themselves and all others similarly situated, | : : : : : | ECF Case<br><br>No. 13 Civ. 2907 |
| Plaintiffs, | : : | |
| vs. | : : | **RULE 7.1 DISCLOSURE** |
| OCWEN FINANCIAL CORPORATION *et al.*, | : : | |
| Defendants. | : : | |

    Pursuant to Fed. R. Civ. P. 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for American Security Insurance Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    Non-party Interfinancial, Inc., wholly owns American Security Insurance Company and is, in turn, a wholly owned subsidiary of Assurant, Inc., a publicly held and traded corporation. No corporation owns more than 10% of the stock of Assurant, Inc.

| | |
|---|---|
| Dated: May 9, 2013 | SULLIVAN & WORCESTER LLP<br><br>By: */s/ Andrew T. Solomon*<br>Andrew T. Solomon<br>Karen E. Abravanel<br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 660-3069<br>Facsimile: (212) 660-3001<br>Email:  asolomon@sandw.com<br><br>*Attorneys for Defendant*<br>*American Security Insurance Company* |