UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LISA CHAMBERLIN ENGELHARDT *et al.*, on behalf of themselves and all others similarly situated, | : : : : : | ECF Case<br><br>No. 13 Civ. 2907 |
| Plaintiffs, | : : | |
| vs. | : : | **RULE 7.1 DISCLOSURE** |
| OCWEN FINANCIAL CORPORATION *et al.*, | : : | |
| Defendants. | : : | |

Pursuant to Fed. R. Civ. P. 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Assurant, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

Assurant, Inc. is a publicly held and traded corporation. No corporation owns more than 10% of the stock of Assurant, Inc.

Dated: May 9, 2013

SULLIVAN & WORCESTER LLP

By: */s/ Andrew T. Solomon*
Andrew T. Solomon
Karen E. Abravanel
1633 Broadway
New York, New York 10019
Telephone: (212) 660-3069
Facsimile: (212) 660-3001
Email:  asolomon@sandw.com

*Attorneys for Defendant Assurant, Inc.*

{N0343469; 1}