UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------- X
: 
LISA CHAMBERLIN ENGELHARDT, JOHN :
CLARIZIA, GERALD COULTHURST, :
ENRIQUE DOMINGUEZ, on behalf of themselves :
and all others similarly situated, :
: 
            Plaintiffs, :   Case No. 13-cv-2907
: 
     - v - :
: 
OCWEN FINANCIAL CORPORATION, OCWEN :
LOAN SERVICING, LLC, ASSURANT, INC., :
AMERICAN SECURITY INSURANCE :   **NOTICE OF APPEARANCE**
COMPANY, and STANDARD GUARANTY :
INSURANCE COMPANY, :
: 
            Defendants. :
-------------------------------------------- X

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in this case for defendant Standard Guaranty Insurance Company. I certify that I am admitted to practice before this Court.

Dated: New York, New York
       May 10, 2013

                                          /s/ Karen E. Abravanel
                                          Karen E. Abravanel
                                          Sullivan & Worcester LLP
                                          1633 Broadway, 32nd Floor
                                          New York, New York 10019
                                          Telephone: (212) 660-3000
                                          Facsimile: (212) 660-3001
                                          kabravanel@sandw.com

**CERTIFICATE OF SERVICE**

I certify that on May 10, 2013, I filed a true and correct copy of the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for all parties.

Dated: New York, New York
May 10, 2013

/s/ Karen E. Abravanel
Karen E. Abravanel