UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

| | |
|---|---|
| LISA CHAMBERLIN ENGELHARDT, JOHN CLARIZIA, GERALD COULTHURST, ENRIQUE DOMINGUEZ, on behalf of themselves and all others similarly situated, | Case No. 1:13-cv-02907 |
| | **MOTION FOR ADMISSION** *PRO HAC VICE* |
| Plaintiffs, | |
| v. | |
| OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, ASSURANT, INC., AMERICAN SECURITY INSURANCE COMPANY, and STANDARD GUARANTY INSURANCE COMPANY, | |
| Defendants. | |

------------------------------------------------------------------- x

PURSUANT TO RULE 1.3 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Edward W. Somers, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for defendants Ocwen Financial Corporation and Ocwen Loan Servicing, LLC in the above-captioned action.

I am in good standing of the bar of the state of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: June 6, 2013            Respectfully submitted,

                                          _____
                                                  Applicant's Signature

| | |
|---:|:---|
| Applicant's Name: | Edward W. Somers |
| Firm Name: | Dykema Gossett PLLC |
| Address: | 10 South Wacker Drive, Suite 2300 |
| City / State / Zip | Chicago, IL 60606 |
| | 312-627-2171 (phone) |
| Telephone / Fax | 866-570-9315 (fax) |
| E-Mail: | ESomers@dykema.com |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

LISA CHAMBERLIN ENGELHARDT, JOHN CLARIZIA, GERALD COULTHURST, ENRIQUE DOMINGUEZ, on behalf of themselves and all others similarly situated,

                Plaintiffs,

    v.

OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, ASSURANT, INC., AMERICAN SECURITY INSURANCE COMPANY, and STANDARD GUARANTY INSURANCE COMPANY,

                Defendants.

Case No. 1:13-cv-02907

**ORDER FOR ADMISSION**
*PRO HAC VICE*

---------------------------------------------------------------------- x

      The motion of Edward W. Somers for admission to practice *Pro Hac Vice* in the above captioned action is granted.

      Applicant has declared that he is a member in good standing of the bar of the state of Illinois; and that his contact information is as follows:

| | |
|---:|:---|
| Applicant's Name: | Edward W. Somers |
| Firm Name: | Dykema Gossett PLLC |
| Address: | 10 South Wacker Drive, Suite 2300 |
| City / State / Zip | Chicago, IL 60606 |
| Telephone / Fax | 312-627-2171 (phone) |
| | 866-570-9315 (fax) |
| E-Mail: | ESomers@dykema.com |

      Applicant having requested admission *Pro Hac Vice* for all purposes as counsel for defendants Ocwen Financial Corporation and Ocwen Loan Servicing, LLC in the above captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated:

_____
United States District/Magistrate Judge

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Edward William Somers

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on December 1, 2009 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Thursday, May 09, 2013.

*Carolyn Taft Grosboll*
Clerk