UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
| | |
|---|---|
| LISA CHAMBERLIN ENGELHARDT, JOHN CLARIZIA, GERALD COULTHURST, ENRIQUE DOMINGUEZ, on behalf of themselves and all others similarly situated, | Case No. 1:13-cv-02907 |
| | **MOTION FOR ADMISSION** *PRO HAC VICE* |
| Plaintiffs, | |
| v. | |
| OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, ASSURANT, INC., AMERICAN SECURITY INSURANCE COMPANY, and STANDARD GUARANTY INSURANCE COMPANY, | |
| Defendants. | |

-------------------------------------------------------------------- x

PURSUANT TO RULE 1.3 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Dawn N. Williams, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for defendants Ocwen Financial Corporation and Ocwen Loan Servicing, LLC in the above-captioned action.

I am in good standing of the bars of the states of California, Michigan and Illinois, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: June 6, 2013          Respectfully submitted,

_____
Applicant's Signature

| | |
|---|---|
| Applicant's Name: | Dawn N. Williams |
| Firm Name: | Dykema Gossett PLLC |
| Address: | 10 South Wacker Drive, Suite 2300 |
| City / State / Zip | Chicago, IL 60606 |
| | 312-627-2147 (phone) |
| Telephone / Fax | 866-511-6821 (fax) |
| E-Mail: | DWilliams@dykema.com |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x
LISA CHAMBERLIN ENGELHARDT, JOHN : Case No. 1:13-cv-02907
CLARIZIA, GERALD COULTHURST, ENRIQUE :
DOMINGUEZ, on behalf of themselves and all others : **ORDER FOR ADMISSION**
similarly situated, : ***PRO HAC VICE***
:
         Plaintiffs, :
  v. :
:
OCWEN FINANCIAL CORPORATION, OCWEN :
LOAN SERVICING, LLC, ASSURANT, INC., :
AMERICAN SECURITY INSURANCE COMPANY, :
and STANDARD GUARANTY INSURANCE :
COMPANY, :
:
         Defendants. :
---------------------------------------------------------------------- x

      The motion of Dawn N. Williams for admission to practice *Pro Hac Vice* in the above captioned action is granted.

      Applicant has declared that she is a member in good standing of the bars of the states of California, Michigan and Illinois; and that her contact information is as follows:

| | |
|---:|:---|
| Applicant's Name: | Dawn N. Williams |
| Firm Name: | Dykema Gossett PLLC |
| Address: | 10 South Wacker Drive, Suite 2300 |
| City / State / Zip | Chicago, IL 60606 |
| Telephone / Fax | 312-627-2147 (phone) |
| | 866-511-6821 (fax) |
| E-Mail: | DWilliams@dykema.com |

      Applicant having requested admission *Pro Hac Vice* for all purposes as counsel for defendants Ocwen Financial Corporation and Ocwen Loan Servicing, LLC in the above captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated:

_____
United States District/Magistrate Judge

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Dawn Nicole Williams

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on May 29, 2012 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, May 09, 2013.

*Carolyn Taft Grosboll*

Clerk



# Supreme Court of California

**FRANK A. McGUIRE**
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *DAWN NICOLE WILLIAMS*

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that DAWN NICOLE WILLIAMS, #267925, was on the 11th day of December 2009 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 10th day of May 2013.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
C. Cahoon, Deputy Clerk

## THE SUPREME COURT of the STATE OF MICHIGAN

I, Corbin R. Davis, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Dawn N. Williams*

was admitted to the practice of law in the courts of the State of Michigan on

*November 26, 2008*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: May 09, 2013

_____
Deputy Clerk