**MEMO ENDORSED**

# SULLIVAN & WORCESTER

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-8-13

June 28, 2013



By E-Mail: ALCarterNYSDChambers@nysd.uscourts.gov

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

    Re:   *Engelhardt, et al. v. Ocwen Financial Corp., et al.*,
          No. 13 Civ. 02907 (ALC) (HBP)

Dear Judge Carter:

This firm represents Defendants Assurant, Inc., American Security Insurance Company, and Standard Guaranty Insurance Company (collectively, the "Assurant Defendants"). Plaintiffs filed their complaint in this action on April 30, 2013, and the Assurant Defendants' response to that complaint is currently due on July 1, 2013.

However, by letter to the Court dated June 17, 2013, Plaintiffs stated that they intend to amend their complaint as of right, and indicated that such amended complaint will be filed "shortly." As of this writing, Plaintiffs have not filed their amended complaint. Accordingly, the Assurant Defendants reserve their rights to respond to Plaintiffs' amended complaint at the appropriate time.

Respectfully submitted,

/s/

Karen E. Abravanel

Direct Line: (212) 660-3069
kabravanel@sandw.com

cc:   All Counsel of Record (by e-mail)

The application is ✓ granted.
                    ☐ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: July 8, 2013
NY, New York

BOSTON   NEW YORK   WASHINGTON, DC