UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CLARIZIA, FRANCES ERVING, and JOHNNIE ERVING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, SAXON MORTGAGE SERVICES, INC., MORGAN STANLEY, ASSURANT, INC., AMERICAN SECURITY INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 1:13-CV-02907<br><br>STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8-2-13
```

WHEREAS Plaintiffs Lisa Chamberlin Engelhardt, John Clarizia, Gerald Coulthurst, and Enrique Dominguez ("Original Plaintiffs") filed a Complaint against Defendants Ocwen Financial Corporation, Ocwen Loan Servicing, LLC, Assurant, Inc., American Security Insurance Company, and Standard Guaranty Insurance Company (collectively, "Original Defendants") in the above-captioned action on or about April 30, 2013; and

WHEREAS prior to any response to the Complaint by any of the Original Defendants, the Original Plaintiffs notified the Court that they intended to amend their Complaint as a matter of course; and

WHEREAS Plaintiffs filed their First Amended Class Action Complaint ("FAC") as a matter of course on July 17, 2013; and

WHEREAS the FAC names John Clarizia and Frances Erving, Johnnie Erving (collectively, "Plaintiffs") as the only Plaintiffs in the FAC (dropping all other Original Plaintiffs); and

WHEREAS the FAC names Saxon Mortgage Services, Inc., and Morgan Stanley as additional Defendants (collectively with the Original Defendants, "Defendants"); and

WHEREAS Defendants are in the process of finalizing an agreement for a coordinated date for all Defendants to respond to the FAC;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties, as follows:

(1) Defendants Assurant, Inc. and American Security Insurance Company, while reserving all rights, claims and defenses, including (without limitation) any objection to the jurisdiction of the Court and to Plaintiffs' joinder of additional claims and parties in the FAC, shall have through August 7, 2013, to answer or otherwise respond to the FAC including (without limitation) by making pre-motion conference requests.

(2) The parties will submit a further stipulation which, among other things, will set an agreed upon date providing additional time for Defendants to answer or otherwise respond to the FAC including (without limitation) by making pre-motion conference requests.

Dated: July 31, 2013

**LOWEY DANNENBERG COHEN & HART, P.C.**

By: /s/ Jeanne D'Esposito
    Barbara Hart
    Jeanne D'Esposito
    Noelle Ruggiero
    One North Broadway, Suite 509
    White Plains, NY 10601
    Phone: (914) 997-0500
    Fax: (914) 997-0035

**SULLIVAN & WORCESTER LLP**

By: /s/ Karen E. Abravanel
    Andrew T. Solomon
    Karen E. Abravanel
    1633 Broadway, 32nd Floor
    New York, NY 10019
    Phone: (212) 6600-3001
    Fax: (212) 660-3001

SO ORDERED:

*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

8-2-13

Norah Hart
305 Broadway, 14th Floor
New York, NY 10007
Phone: (212) 897-5865
Fax: (646) 537-2662

**BERGER & MONTAGUE, P.C.**
Shanon Carson (*pro hac vice*)
Patrick F. Madden
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-4656
Fax: (215) 875-4604

**TAUS, CEBULASH & LANDAU, LLP**
Brett Cebulash
Kevin S. Landau
80 Maiden Lane, Suite 1204
New York, NY 10038
Phone: (212) 931-0704
Fax: (212) 931-0703

**LOCKRIDGE GRINDAL NAUEN P.L.L.P**
Robert S. Shelquist
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900

**KESSLER TOPAZ MELTZER & CHECK LLP**
Edward Ciolko (*pro hac vice forthcoming*)
Peter Muhic (*pro hac vice forthcoming)*
Tyler Graden (*pro hac vice forthcoming*)
280 King of Prussia Road
Radnor, PA 19087
Phone: (610) 667-7706
Fax: (610) 667-7056

**NIX PATTERSON & ROACH, LLP**
Jeffery Angelovich (*pro hac vice forthcoming*)
Michael Angelovich (*pro hac vice forthcoming)*
Christopher Johnson (*pro hac vice forthcoming*)
280 King of Prussia Road
Radnor, PA 19087
Phone: (610) 667-7706
Fax: (610) 667-7056

**JORDEN BURT LLP**
Frank G. Burt (*pro hac vice*)
William G. Merten (*pro hac vice*)
Brian P. Perryman (*pro hac vice*)
1025 Thomas Jefferson Street N.W.
Suite 400 East
Washington, DC 20007
Phone: (202) 965-8100
Fax: (202) 965-8104

*Attorneys for Defendants American Security Insurance Company and Assurant, Inc.*

**DEALY SILBERSTEIN & BRAVERMAN, LLP**
Milo Silberstein
225 Broadway, Suite 1405
New York, NY 10007
Phone: (212) 385-0066
Fax: (212) 385-2117

**CUNEO GILBERT & LaDUCA, LLP**
Charles J. LaDuca
8120 Woodmont Avenue
Bethesda, MD 20814
Phone: (202) 789-3960
Fax: (202) 789-1813

*Attorneys for Plaintiffs*