Carter, a.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-2-13
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

---

LISA CHAMBERLIN ENGELHARDT,
JOHN CLARIZIA, GERALD
COULTHURST, ENRIQUE
DOMINGUEZ, on behalf of themselves and
all others similarly situated,

Case No. 1:13-cv-02907

                              Plaintiff,

v.

OCWEN FINANCIAL CORPORATION,
OCWEN LOAN SERVICING, LLC,
ASSURANT, INC., AMERICAN SECURITY
INSURANCE COMPANY, and STANDARD
GUARANTY INSURANCE COMPANY,

                              Defendants.

---



RECEIVED
JUL 3 0 2013
ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.

### STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

and pursuant to Local Civil Rule 1.4, that the law firm BuckleySandler LLP hereby is

substituted in place of the law firm Dykema Gossett PLLC as counsel of record for

Defendants Ocwen Financial Corporation and Ocwen Loan Servicing, LLC in the above-

captioned action.

A supporting declaration is attached hereto pursuant to Local Civil Rule 1.4.

PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in

this matter should be served upon the following Incoming counsel:

> Richard E. Gottlieb (rgottlieb@buckleysandler.com)
> Fredrick S. Levin (flevin@buckleysandler.com)
> BuckleySandler LLP
> 100 Wilshire Boulevard, Suite 1000
> Santa Monica, CA 90401
> Tel.: (310) 424-3900
> Fax: (310) 424-3930

Dated:  July 30, 2013

Respectfully Submitted

BuckleySandler LLP

By: _____
Fredrick S. Levin
100 Wilshire Boulevard, Suite 1000
Santa Monica, CA 90401
Tel.: (310) 424-3900
Fax: (310) 424-3930

*Incoming Attorney for Defendants*
*Litton Loan Servicing LP and*
*Ocwen Financial Corporation*

Dykema Gossett PLLC

By: _____
Dawn N. Williams
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Tel.: (312) 627-2147
Fax: (312) 876-1155

*Outgoing Attorney for Defendants*
*Litton Loan Servicing LP and*
*Ocwen Financial Corporation*

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE   8-2-13

## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

LISA CHAMBERLIN ENGELHARDT,
JOHN CLARIZIA, GERALD
COULTHURST, ENRIQUE
DOMINGUEZ, on behalf of themselves and
all others similarly situated,

Case No. 1:13-cv-02907

Plaintiff,

v.

OCWEN FINANCIAL CORPORATION,
OCWEN LOAN SERVICING, LLC,
ASSURANT, INC., AMERICAN SECURITY
INSURANCE COMPANY, and STANDARD
GUARANTY INSURANCE COMPANY,

Defendants.

### DECLARATION PURSUANT TO LOCAL CIVIL RULE 1.4

FREDRICK S. LEVIN declares as follows:

1.    I am an attorney admitted to practice in *Engelhardt et al. v. Ocwen*

*Financial Corporation et al. pro hac vice* before the United States District Court for the

Southern District of New York. I am a partner of the law firm BuckleySandler LLP

("BuckleySandler")

2.    I respectfully submit this declaration, pursuant to Local Civil Rule 1.4 of

the United States District Courts for the Southern and Eastern Districts of New York, in

support of the stipulation and order substituting BuckleySandler LLP as counsel of record for

Defendants Ocwen Financial Corporation ("OFC") and Ocwen Loan Servicing, LLC

("OLS") in the above-captioned action.

3.    OFC and OLS have requested that BuckleySandler represent them in this

action and has consented to the withdrawal of Dykema.

4.    I respectfully submit that the substitution of counsel will not unnecessarily

delay this action or prejudice any party, and therefore respectfully request that the Court

approve the Stipulation and Order Substitution of Counsel submitted herewith.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 30, 2013.

Fredrick S. Levin