# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CLARIZIA, FRANCES ERVING, and JOHNNIE ERVING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, SAXON MORTGAGE SERVICES, INC., MORGAN STANLEY, ASSURANT, INC., AMERICAN SECURITY INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 1:13-CV-02907<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 8-9-13 |

WHEREAS Plaintiffs Lisa Chamberlin Engelhardt, John Clarizia, Gerald Coulthurst, and Enrique Dominguez ("Original Plaintiffs") filed a Complaint against Defendants Ocwen Financial Corporation, Ocwen Loan Servicing, LLC, Assurant, Inc., American Security Insurance Company, and Standard Guaranty Insurance Company (collectively, Original Defendants) in the above-captioned action on or about January 23, 2013; and

WHEREAS prior to any response to the Complaint by any of the Original Defendants, the Original Plaintiffs notified the Court that they intended to amend their Complaint as a matter of course; and

WHEREAS Plaintiffs filed their First Amended Class Action Complaint ("FAC") as a matter of course on July 17, 2013; and

WHEREAS the FAC names John Clarizia and Frances Erving, Johnnie Erving (collectively, "Plaintiffs") as the only Plaintiffs in the FAC (dropping all other Original Plaintiffs); and

WHEREAS the FAC names Saxon Mortgage Services, Inc., and Morgan Stanley as additional Defendants (collectively with the Original Defendants, "Defendants"); and

WHEREAS the undersigned has agreed to a date for Defendants Assurant, Inc. and American Security Insurance Company to respond to the FAC;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the partiers, as follows:

Defendants Assurant, Inc. and American Security Insurance Company, while reserving all rights, claims and defenses, including (without limitation) any objection to the jurisdiction of the Court and to Plaintiffs' joinder of additional claims and parties in the FAC, shall have through September 17, 2013, to answer or otherwise respond to the FAC including (without limitation) by making pre-motion conference requests.

Dated: August 7, 2013

**BERGER & MONTAGUE, P.C.**

By: /s/ Shanon Carson
    Shanon Carson (*pro hac vice*)
    Patrick F. Madden
    1622 Locust Street
    Philadelphia, PA 19103
    Phone: (215) 875-4656
    Fax: (215) 875-4604

**TAUS, CEBULASH & LANDAU, LLP**
Brett Cebulash
Kevin S. Landau
80 Maiden Lane, Suite 1204
New York, NY 10038
Phone: (212) 931-0704
Fax: (212) 931-0703

**SO ORDERED:**

/s/ Andrew L. Carter
ANDREW L. CARTER, JR.
DISTRICT JUDGE
8-9-13

**SULLIVAN & WORCESTER LLP**

By: /s/ Karen E. Abravanel
    Andrew T. Solomon
    Karen E. Abravanel
    1633 Broadway, 32nd Floor
    New York, NY 10019
    Phone: (212) 6600-3001
    Fax: (212) 660-3001

**JORDEN BURT LLP**
Frank G. Burt (*pro hac vice*)
William G. Merten (*pro hac vice*)
Brian P. Perryman (*pro hac vice*)
1025 Thomas Jefferson Street N.W.
Suite 400 East
Washington, DC 20007
Phone: (202) 965-8100
Fax: (202) 965-8104

*Attorneys for Defendants Assurant, Inc. and American Security Insurance Company*

*Clarizia, et al. v. Ocwen Financial Corporation, et al.*, Case No. 1:13-cv-02907
**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND**

2

**LOCKRIDGE GRINDAL NAUEN P.L.L.P**
Robert S. Shelquist
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900

**LOWEY DANNENBERG COHEN & HART, P.C.**
Barbara Hart
Jeanne D'Esposito
Noelle Ruggiero
One North Broadway, Suite 509
White Plains, NY 10601
Phone: (914) 997-0500
Fax: (914) 997-0035

Norah Hart
305 Broadway, 14th Floor
New York, NY 10007
Phone: (212) 897-5865
Fax: (646) 537-2662

**KESSLER TOPAZ MELTZER & CHECK LLP**
Edward Ciolko (*pro hac vice forthcoming*)
Peter Muhic (*pro hac vice forthcoming*)
Tyler Graden (*pro hac vice forthcoming*)
280 King of Prussia Road
Radnor, PA 19087
Phone: (610) 667-7706
Fax: (610) 667-7056

**NIX PATTERSON & ROACH, LLP**
Jeffery Angelovich (*pro hac vice forthcoming*)
Michael Angelovich (*pro hac vice forthcoming*)
Christopher Johnson (*pro hac vice forthcoming*)
280 King of Prussia Road
Radnor, PA 19087
Phone: (610) 667-7706
Fax: (610) 667-7056

**DEALY SILBERSTEIN & BRAVERMAN, LLP**
Milo Silberstein
225 Broadway, Suite 1405
New York, NY 10007
Phone: (212) 385-0066
Fax: (212) 385-2117

**CUNEO GILBERT & LaDUCA, LLP**
Charles J. LaDuca
8120 Woodmont Avenue
Bethesda, MD 20814
Phone: (202) 789-3960
Fax: (202) 789-1813

*Attorneys for Plaintiffs*