UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CLARIZIA, FRANCES ERVING, and JOHNNIE ERVING, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>-v-<br><br>OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, SAXON MORTGAGE SERVICES, INC., MORGAN STANLEY, ASSURANT, INC., and AMERICAN SECURITY INSURANCE COMPANY,<br><br>                Defendants. | Civil Action No.  13 Civ. 02907 ALC-HBP ECF Case |

**CERTIFICATE OF SERVICE**

      I, Jeanne D'Esposito, an attorney, hereby certify that on July 19, 2013, I caused copies of Plaintiffs' FIRST AMENDED CLASS ACTION COMPLAINT and Exhibits thereto to be served via electronic mail upon the following counsel of record:

Andrew T. Solomon
Karen E. Abravanel
Sullivan & Worcester LLP
1633 Broadway, 32nd Floor
New York, NY  10019
asolomon@sandw.com
kabravanel@sandw.com

Frank G. Burt
W. Glenn Merten
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Washington, DC  20007
bpp@jordenusa.com

fgb@jordenusa.com
wgm@jordenusa.com

*Counsel for Assurant, Inc., American Security Insurance Company*

I also hereby certify that on July 23, 2013, I caused copies of Plaintiffs' FIRST AMENDED CLASS ACTION COMPLAINT and Exhibits thereto to be served via electronic mail upon the following counsel of record:

Fredrick S. Levin
Richard E. Gottlieb
BuckleySandler LLP
100 Wilshire Boulevard, Suite 1000
Santa Monica CA 90401
flevin@buckleysandler.com
rgottlieb@buckleysandler.com

*Counsel for Ocwen Financial Corporation, Ocwen Loan Servicing LLC*

/s/ Jeanne D'Esposito
Jeanne D'Esposito