UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CLARIZIA, FRANCES ERVING, and JOHNNIE ERVING, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>         -v-<br><br>OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, SAXON MORTGAGE SERVICES, INC., MORGAN STANLEY, ASSURANT, INC., and AMERICAN SECURITY INSURANCE COMPANY,<br><br>                    Defendants. | Civil Action No. 13 Civ. 02907 ALC-HBP ECF Case |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Plaintiffs in this action.  I certify that I am admitted to practice in this Court.

Dated: August 13, 2013

>LOWEY DANNENBERG COHEN &
>    HART, P.C.
>
>Respectfully submitted,
>
>By:  /s Noelle-Kristen F. Ruggiero
>     Noelle-Kristen F. Ruggiero
>     White Plains Plaza, Suite 509
>     One North Broadway
>     White Plains, NY  10601-1714
>     Telephone:  914-997-0500
>     Facsimile:  914-997-0035
>     Email: nruggiero@lowey.com
>
>*Attorney for Plaintiffs*