UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
JOHN CLARIZIA, FRANCES ERVING, and
JOHNNIE ERVING, on behalf of themselves and all
others similarly situated,

          Case No.: 13-cv-2907 ALC-HBP
          ECF Case

      Plaintiffs,

  -v-          **NOTICE OF APPEARANCE**

OCWEN FINANCIAL CORPORATION, OCWEN
LOAN SERVICING, LLC, SAXON MORTGAGE
SERVICES, INC., MORGAN STANLEY,
ASSURANT, INC., and AMERICAN SECURITY
INSURANCE COMPANY,

      Defendants.
---------------------- -------------------------------------- X

  **PLEASE TAKE NOTICE** that the undersigned has been retained as attorney for Plaintiffs John Clarizia, Frances Erving, and Johnnie Erving and hereby appears in the above entitled action on their behalf. I certify that I am admitted to practice in this Court.

Dated: New York, New York
   August 23, 2013

          DEALY SILBERSTEIN & BRAVERMAN, LLP

          By: _____
             Milo Silberstein
          *Attorneys for Plaintiffs Lisa Chamberlin*
          *Engelhardt, John Clarizia, Gerald Coulthurst,*
          *Enrique Dominguez*
          225 Broadway, Suite 1405
          New York, New York 10007
          (212) 385-0066