UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CLARIZIA, FRANCES ERVING, and JOHNNIE ERVING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, ASSURANT, INC., AMERICAN SECURITY INSURANCE COMPANY, and STANDARD GUARANTY INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 1:13-CV-02907<br><br>[PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-11-13

Upon the agreement of the parties, through their respective counsel, and the Court being fully advised in the premises, the parties' Stipulation is approved in its entirety.

IT IS SO ORDERED.

Dated: September 11, 2013

_____
Judge Andrew L. Carter, Jr.
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CLARIZIA, FRANCES ERVING, and JOHNNIE ERVING, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, SAXON MORTGAGE SERVICES, INC., MORGAN STANLEY, ASSURANT, INC., AMERICAN SECURITY INSURANCE COMPANY,<br><br>　　　　　Defendants. | Civil Action No. 1:13-CV-02907<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND** |

　　　　WHEREAS Plaintiffs Lisa Chamberlin Engelhardt, John Clarizia, Gerald Coulthurst, and Enrique Dominguez ("Original Plaintiffs") filed a Complaint against Defendants Ocwen Financial Corporation, Ocwen Loan Servicing, LLC, Assurant, Inc., American Security Insurance Company, and Standard Guaranty Insurance Company (collectively, Original Defendants) in the above-captioned action on or about January 23, 2013; and

　　　　WHEREAS prior to any response to the Complaint by any of the Original Defendants, the Original Plaintiffs notified the Court that they intended to amend their Complaint as a matter of course; and

　　　　WHEREAS Plaintiffs filed their First Amended Class Action Complaint ("FAC") as a matter of course on July 17, 2013; and

　　　　WHEREAS the FAC names John Clarizia and Frances Erving, Johnnie Erving (collectively, "Plaintiffs") as the only Plaintiffs in the FAC (dropping all other Original Plaintiffs); and

WHEREAS the FAC names Saxon Mortgage Services, Inc., and Morgan Stanley as additional Defendants (collectively with the Original Defendants, "Defendants"); and

WHEREAS the undersigned have agreed to a date for Defendants Ocwen Financial Corporation ("OFC") and Ocwen Loan Servicing, LLC ("OLS") to respond to the FAC;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties, as follows:

Defendants OFC and OLS, while reserving all rights, claims and defenses, including (without limitation) any objection to the jurisdiction of the Court and to Plaintiffs' joinder of additional claims and parties in the FAC, shall have through September 17, 2013, to answer or otherwise respond to the FAC including (without limitation) by making pre-motion conference requests.

Defendants OLS and OFC, to the extent that they have not otherwise been served or have not acknowledged service, agree to accept service of the FAC and, as such, will not assert the existence of service defects based on Fed. R. Civ. P. 12(b)(4) and (5). Defendants do not waive, and expressly preserve, all other rights and defenses.

Dated: September 9, 2013

| | |
|---|---|
| **LOWEY DANNENBERG COHEN & HART, P.C.** | **BUCKLEY SANDLER LLP** |
| By: /s/ Jean D'Esposito | By: /s/ Fredrick S. Levin |
| Jean D'Esposito | Fredrick S. Levin |
| Barbara Hart | 100 Wilshire Boulevard, Suite 1000 |
| Noelle Ruggiero | Santa Monica, CA 90401 |
| One North Broadway, Suite 509 | Phone: (310) 424-3900 |
| White Plains, NY 10601 | Fax:    (310) 424-3960 |
| Phone: (914) 997-0500 | |
| Fax: (914) 997-0035 | *Attorneys for Defendants Ocwen Financial Corporation and Ocwen Loan Servicing, LLC* |

**BERGER & MONTAGUE, P.C.**
Shanon Carson (*pro hac vice*)
Patrick F. Madden
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-4656
Fax: (215) 875-4604

**TAUS, CEBULASH & LANDAU, LLP**
Brett Cebulash
Kevin S. Landau
80 Maiden Lane, Suite 1204
New York, NY 10038
Phone: (212) 931-0704
Fax: (212) 931-0703

**LOCKRIDGE GRINDAL NAUEN P.L.L.P**
Robert S. Shelquist
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900

Noah Hart
305 Broadway, 14th Floor
New York, NY 10007
Phone: (212) 897-5865
Fax: (646) 537-2662

**KESSLER TOPAZ MELTZER & CHECK LLP**
Edward Ciolko (*pro hac vice forthcoming*)
Peter Muhic (*pro hac vice forthcoming*)
Tyler Graden (*pro hac vice forthcoming*)
280 King of Prussia Road
Radnor, PA 19087
Phone: (610) 667-7706
Fax: (610) 667-7056

**NIX PATTERSON & ROACH, LLP**
Jeffery Angelovich (*pro hac vice forthcoming*)
Michael Angelovich (*pro hac vice forthcoming*)
Christopher Johnson (*pro hac vice forthcoming*)
280 King of Prussia Road
Radnor, PA 19087
Phone: (610) 667-7706
Fax: (610) 667-7056

**DEALY SILBERSTEIN & BRAVERMAN, LLP**
Milo Silberstein
225 Broadway, Suite 1405
New York, NY 10007
Phone: (212) 385-0066
Fax: (212) 385-2117

**CUNEO GILBERT & LaDUCA, LLP**
Charles J. LaDuca
8120 Woodmont Avenue
Bethesda, MD 20814
Phone: (202) 789-3960
Fax: (202) 789-1813

*Attorneys for Plaintiffs*