IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CLARIZIA, FRANCES ERVING, and JOHNNIE ERVING, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, ASSURANT, INC., AMERICAN SECURITY INSURANCE COMPANY, and STANDARD GUARANTY INSURANCE COMPANY,<br><br>　　　　　　　　　　Defendants. | Case No. 1:13-cv-02907 (ALC) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants Ocwen Financial Corporation and Ocwen Loan Servicing, LLC in the above-captioned action.

The undersigned is admitted to practice in this Court.

Dated: October 8, 2013　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Caroline Kathryn Eisner

　　　　　　　　　　　　　　　　　　　　Caroline Kathryn Eisner
　　　　　　　　　　　　　　　　　　　　BuckleySandler LLP
　　　　　　　　　　　　　　　　　　　　1133 Avenue of the Americas, Suite 3100
　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　Tel.: (212) 600-2355
　　　　　　　　　　　　　　　　　　　　Fax: (212) 600-2405

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants Ocwen Financial Corporation and Ocwen Loan Servicing, LLC*