UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CLARIZIA, et al., <br><br> Plaintiffs, <br><br> - v - <br><br> OCWEN FINANCIAL CORPORATION, et al., <br><br> Defendants. | Case No. 1:13-cv-02907-ALC <br><br> **NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Mary Gail Gearns of Bingham McCutchen LLP hereby enters his appearance as counsel for defendants Saxon Mortgage Services, Inc. and Morgan Stanley in the above-captioned action.

Dated: New York, New York
       October 25, 2013

                                     **BINGHAM McCUTCHEN LLP**

                                     /s/ Mary Gail Gearns
                                    Mary Gail Gearns
                                    399 Park Avenue
                                    New York, New York 10022
                                    (212) 705-7000
                                    marygail.gearns@bingham.com

                                    *Attorney for Defendants*
                                    *Saxon Mortgage Services, Inc. and Morgan Stanley*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 25th day of October 2013, a true and correct copy of the foregoing Notice of Appearance was served on counsel of record in this action via the ECF system.

/s/ Robert C. Stillwell
Robert C. Stillwell