UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| JOHN CLARIZIA, et al., | |
|---|---|
| Plaintiffs, | |
| - v - | Case No. 1:13-cv-02907-ALC |
| OCWEN FINANCIAL CORPORATION, et al., | |
| Defendants. | |

**RULE 7.1 DISCLOSURE STATEMENT OF**
**<u>MORGAN STANLEY</u>**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Morgan Stanley hereby state as follows:

Morgan Stanley is a publicly held corporation that has no parent corporation.

According to an amended Schedule 13D filed under the Securities Exchange Act of 1934 by Mitsubishi UFJ Financial Group, Inc. ("MUFG"), 7-1 Marunouchi 2-chome, Chiyoda-ku, Tokyo 100-8330, MUFG beneficially owned 22.22% of Morgan Stanley's outstanding common stock as of October 3, 2013. No other publicly held corporation owns 10% or more of Morgan Stanley's outstanding common stock.

Morgan Stanley makes this disclosure statement solely for purposes of Federal Rule of Civil Procedure 7.1 and reserves the right to supplement or amend this disclosure statement as needed.

Dated: New York, New York
October 25, 2013

              **BINGHAM McCUTCHEN LLP**

              <u>/s/ Mary Gail Gearns</u>
              Mary Gail Gearns
              Robert Stillwell
              399 Park Avenue
              New York, New York 10022
              (212) 705-7000
              marygail.gearns@bingham.com
              robert.stillwell@bingham.com

              *Attorneys for Defendant Morgan Stanley*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 25th day of October 2013, a true and correct copy of the foregoing Rule 7.1 Disclosure Statement of Morgan Stanley was served on counsel of record in this action via the ECF system.

                  /s/ Robert C. Stillwell
                    Robert C. Stillwell