UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN CLARIZIA, et al.,

                Plaintiffs,

      - v -

OCWEN FINANCIAL CORPORATION, et al.,

                Defendants.

Case No. 1:13-cv-02907-ALC

**RULE 7.1 DISCLOSURE STATEMENT OF**
**<u>SAXON MORTGAGE SERVICES, INC.</u>**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Saxon Mortgage Services, Inc. ("Saxon") hereby state as follows:

Saxon is a wholly-owned subsidiary of SCI Services, Inc., which in turn is a wholly-owned subsidiary of Saxon Capital Holdings, Inc., which in turn is a wholly-owned subsidiary of Saxon Capital, Inc., which in turn is a wholly-owned subsidiary of Morgan Stanley Mortgage Capital Holdings LLC, which in turn is a wholly-owned subsidiary of Morgan Stanley, a publicly traded company. No other publicly held corporation owns 10% or more of Saxon's outstanding common stock.

According to an amended Schedule 13D filed under the Securities Exchange Act of 1934 by Mitsubishi UFJ Financial Group, Inc. ("MUFG"), 7-1 Marunouchi 2-chome, Chiyoda-ku, Tokyo 100-8330, MUFG beneficially owned 22.22% of Morgan Stanley's outstanding common stock as of October 3, 2013. No other publicly held corporation owns 10% or more of Morgan Stanley's outstanding common stock.

Saxon makes this disclosure statement solely for purposes of Federal Rule of Civil Procedure 7.1 and reserves the right to supplement or amend this disclosure statement as needed.

Dated: New York, New York
October 25, 2013

**BINGHAM McCUTCHEN LLP**

 /s/ Mary Gail Gearns
Mary Gail Gearns
Robert Stillwell
399 Park Avenue
New York, New York 10022
(212) 705-7000
marygail.gearns@bingham.com
robert.stillwell@bingham.com

*Attorneys for Defendant*
*Saxon Mortgage Services, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 25th day of October 2013, a true and correct copy of the foregoing Rule 7.1 Disclosure Statement of Saxon Mortgage Services, Inc. was served on counsel of record in this action via the ECF system.

    /s/ Robert C. Stillwell
    Robert C. Stillwell