UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CLARIZIA, et al., <br><br> Plaintiffs, <br><br> - v - <br><br> OCWEN FINANCIAL CORPORATION, et al., <br><br> Defendants. | Case No. 1:13-cv-02907-ALC <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Robert C. Stillwell of Bingham McCutchen LLP hereby enters his appearance as counsel for defendants Saxon Mortgage Services, Inc. and Morgan Stanley in the above-captioned action.

Dated: New York, New York
October 25, 2013

**BINGHAM McCUTCHEN LLP**

 /s/ Robert C. Stillwell
Robert C. Stillwell
399 Park Avenue
New York, New York 10022
(212) 705-7000
robert.stillwell@bingham.com

*Attorney for Defendants*
*Saxon Mortgage Services, Inc. and Morgan Stanley*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 25th day of October 2013, a true and correct copy of the foregoing Notice of Appearance was served on counsel of record in this action via the ECF system.

    /s/ Robert C. Stillwell
    Robert C. Stillwell