IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)



| | |
|---|---|
| LISA CHAMBERLIN ENGELHARDT, JOHN CLARIZIA, GERALD COULTHURST, ENRIQUE DOMINGUEZ, , on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, ASSURANT, INC., AMERICAN SECURITY INSURANCE COMPANY, and STANDARD GUARANTY INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 1:13-cv-02907-ALC |

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF WILLIAM GLENN MERTEN

The Motion of William Glenn Merten for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bars of the District of Columbia, the Commonwealth of Virginia, and the State of Maryland (see Attachment "A" to Motion and Certificates of Good Standing); and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | William Glenn Merten |
| Firm Name: | Jorden Burt LLP |
| Address: | 1025 Thomas Jefferson Street NW, Suite 400 East |
| City/State/Zip: | Washington DC 20007 |
| Telephone: | 202.965.8112 |
| E-mail: | wgm@jordenusa.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Assurant, Inc., American Security Insurance Company, and Standard Guaranty Insurance Company in the above-entitled action,

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 10-29-13

_____
United States District /~~Magistrate~~ Judge

#261405v1dc