UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

| | |
|---|---|
| LISA CHAMBERLIN ENGELHARDT, JOHN CLARIZIA, GERALD COULTHURST, ENRIQUE DOMINGUEZ, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, ASSURANT, INC., AMERICAN SECURITY INSURANCE COMPANY, and STANDARD GUARANTY INSURANCE COMPANY,<br><br>    Defendants. | Case No. 1:13-cv-02907<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

---------------------------------------------------------------------- x

The motion of Fredrick S. Levin for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of California, Michigan and Illinois; and that his contact information is as follows:

| | |
|---:|:---|
| Applicant's Name: | Fredrick S. Levin |
| Firm Name: | Dykema Gossett PLLC |
| Address: | 400 Renaissance Center |
| City / State / Zip | Detroit, Michigan  48243 |
| Telephone / Fax | 313-568-5372 (phone) |
| | 855-246-2128 (fax) |
| E-Mail: | FLevin@dykema.com |

Applicant having requested admission *Pro Hac Vice* for all purposes as counsel for defendants Ocwen Financial Corporation and Ocwen Loan Servicing, LLC in the above captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: 10-29-13

_____
United States District/~~Magistrate~~ Judge