UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JOHN CLARIZIA, FRANCES ERVING and :
JOHNNIE ERVING, on behalf of themselves :
and all others similarly situated, :
                                                 Plaintiffs, : CA No.: 1:13-cv-02907(ALC)

    v. :

                                           : **ORDER FOR ADMISSION**
OCWEN FINANCIAL CORPORATION, : *PRO HAC VICE*
OCWEN LOAN SERVICING, LLC, SAXON :
MORTGAGE SERVICES, INC. MORGAN :
STANLEY, ASSURANT, INC. and AMERICAN :
SECURITY INSURANCE COMPANY, :
                                        Defendants. :
-----------------------------------------------------------------

       The motion of Shanon J. Carson, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

       Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Pennsylvania and that his contact information is as follows:

                     Shanon J. Carson
                     Berger & Montague, P.C.
                     1622 Locust Street
                     Philadelphia, PA  19103
                     Tel.:   (215) 875-3000
                     Fax:   (215) 875-4604
                     E-mail:  scarson@bm.net

       Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs, John Clarizia, Frances Erving and Johnnie Erving in the above entitled action.

       **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United State District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 10-29-13

_____
United States District Judge