UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Lisa Chamberlin Engelhardt., et al.,

                Plaintiff(s)

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**
13-CV-2907 (ALC))(HBP)

                -against-

Ocwen Financial Corporation, et al.,

                Defendant(s)
------------------------------------------------------------X

This above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions and settlement)

_____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

_____ Specific Non-Dispositive Motion/Dispute: _____

_____ Consent under 28 U.S.C. § 636 (c) for limited purpose (e.g. dispositive motion preliminary injunction)
Purpose: _____

_____ Habeas Corpus

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_____ Social Security

_____ Settlement

_____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____

_____ Inquest After Default/Damages Hearing

All such motions: _____

SO ORDERED.

*[signature]*

DATED: October 29, 2013   New York, New York

Andrew L. Carter, Jr.
United States District Judge