UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JOHN CLARIZIA, FRANCES ERVING and
JOHNNIE ERVING, on behalf of themselves
and all others similarly situated,

                    Plaintiffs,

-against-

OCWEN FINANCIAL CORPORATION,
OCWEN LOAN SERVICING, LLC, SAXON
MORTGAGE SERVICES, INC., MORGAN
STANLEY, ASSURANT, INC., and
AMERICAN SECURITY INSURANCE
COMPANY,

                    Defendants.
-------------------------------------------------------------x

1:13-cv-02907 (ALC) (HBP)

**ORDER TERMINATING PRO HAC VICE MOTIONS**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-31-13

**ANDREW L. CARTER, JR., United States District Judge:**

Pursuant to the Stipulation and Order of Substitution of Counsel (Docket No. 25), the Motion for Edward W. Somers to Appear Pro Hac Vice (Docket No. 20) and the Motion for Dawn N. Williams to Appear Pro Hac Vice (Docket No. 21) are DENIED as moot.

**SO ORDERED.**

Dated:   October 31, 2013
         New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**