UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOHN CLARIZIA, et al.,

                              Plaintiffs,

            1:13-cv-02907 (ALC) (HBP)

       -against-

            **ORDER**

OCWEN FINANCIAL CORPORATION, et al.,

                            Defendants.
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    The above case having been assigned to me for all purposes, it is hereby

    ORDERED that the Clerk of Court shall reflect this case as related to 13 Civ. 513.

**SO ORDERED.**

Dated:  November 5, 2013

         New York, New York

                                                  ANDREW L. CARTER, JR.
                                                  United States District Judge