UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| LISA CHAMBERLIN ENGELHARDT *et al.*, on behalf of themselves and all others similarly situated, | : : : : : | ECF Case<br><br>No. 13 Civ. 2907 |
| Plaintiffs, | : : |  |
| vs. | : : |  |
| OCWEN FINANCIAL CORPORATION *et al.*, | : : |  |
| Defendants. | : : |  |

**NOTICE OF CHANGE IN FIRM NAME AND CONTACT INFORMATION**

The undersigned hereby gives notice that effective January 1, 2014, the law firm Jorden Burt, LLP merged with Carlton Fields, P.A. The new firm name is Carlton Fields Jorden Burt, P.A., and the new contact information for counsel for Assurant, Inc. and American Security Insurance Company in this case is as follows:

E-mail:   Frank G. Burt:            fburt@cfjblaw.com

          W. Glenn Merten:          gmerten@cfjblaw.com

          Brian P. Perryman:        bperrymen@cfjblaw.com

          Julianna Thomas McCabe:   jtmccabe@cfjblaw.com


                                    Respectfully submitted

                                    By:  -/s/- *Frank Burt*
                                    Frank G. Burt
                                    fburt@cfjblaw.com
                                    W. Glenn Merten
                                    gmerten@cfjblaw.com
                                    Brian P. Perryman
                                    bperryman@cfjblaw.com

        CARLTON FIELDS JORDEN BURT
        1025 Thomas Jefferson Street, NW
        Suite 400 East
        Washington, DC  20007-0805
        Telephone:  (202) 965-8100
        Facsimile:  (202) 965-8104

            **Attorneys for ASSURANT INC.  and AMERICAN SECURITY INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Notice of Change in Firm Name and Contact Information was filed on January 10, 2014 with the Clerk by using the CM/ECF system, which system served all counsel of record.

                                              -/s/- *Frank Burt*
                                                 Frank Burt