UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JOHN CLARIZIA, *et. al.*, individually and on behalf of all others similarly situated,

          Plaintiffs,

    - v -

OCWEN FINANCIAL CORPORATION, *et al.*,

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No. 13-cv-02907-ALC-HBP

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the accompanying Declarations of Jessica Olich, Rebecca H. Voyles, and Ronald K. Wilson, and the exhibits annexed thereto, and the contemporaneously filed request for judicial notice in this action, defendants Assurant, Inc. and American Security Insurance Company, by and through undersigned counsel, will move in the above-captioned action before the Honorable Andrew L. Carter, United States District Judge, at the Thurgood Marshal United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and at a time to be determined by the Court, for entry of an order dismissing plaintiff's Second Amended Class Action Complaint as against the moving defendants pursuant to Fed. R. Civ. P. 12(b)(1), and for such other and further relief as the Court deems necessary and proper.

| | |
|---|---|
| Dated:  New York, New York<br>January 21, 2014 | /s/ Andrew T. Solomon<br>Andrew T. Solomon<br>Karen E. Abravanel<br>SULLIVAN & WORCESTER LLP<br>1633 Broadway, 32nd Floor<br>New York, New York 10019<br>Telephone: (212) 660-3000<br>Facsimile: (212) 660-3001<br>asolomon@sandw.com<br>kabravanel@sandw.com<br><br>-and-<br><br>Franklin G. Burt (*pro hac vice*)<br>W. Glenn Merten (*pro hac vice*)<br>CARLTON FIELDS JORDEN BURT<br>1025 Thomas Jefferson Street, NW<br>Suite 400 East<br>Washington, DC 20007<br>Telephone: (202) 965-8100<br>Facsimile: (202) 965-8104<br>fburt@cfjblaw.com<br>gmerten@cfjblaw.com<br><br>*Attorneys For Defendants Assurant, Inc. and American Security Insurance Company* |

2