UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY LYONS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>LITTON LOAN SERVICING LP, *et al.*,<br><br>    Defendants. | ECF Case<br><br>13 Civ. 00513 (ALC) (HBP) |
| JOHN CLARIZIA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>OCWEN FINANCIAL CORPORATION, *et al.*,<br><br>    Defendants. | ECF Case<br><br>13 Civ. 02907 (ALC) (HBP) |

**NOTICE OF DEFENDANTS OCWEN FINANCIAL CORPORATION AND OCWEN LOAN SERVICING LLC'S MOTION TO SEVER**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Sever, such additional authorities and argument as may be presented in reply, all pleadings and proceedings herein, and such matter as the Court may take judicial notice of, Defendants Ocwen Financial Corporation and Ocwen Loan Servicing LLC, by the undersigned, will move this Court, before the Honorable Andrew L. Carter, Jr., at the United States Courthouse, 40 Foley Square, New York, New York, on a date and time to be determined

by the Court, for an order pursuant to Federal Rules of Civil Procedure 20 and 21 severing these actions into three cases based on Plaintiffs' servicers and insurers.

Dated: January 21, 2014                     **BUCKLEYSANDLER LLP**

                                          By:  /s/ Fredrick S. Levin
                                                   Richard E. Gottlieb
                                                   Fredrick S. Levin
                                                   100 Wilshire Boulevard, Suite 1000
                                                   Santa Monica, CA 90401
                                                   Phone: (310) 424-3900
                                                   Fax: (310) 424-3960

                                                   *Attorneys for Defendants Ocwen Financial Corporation and Ocwen Loan Servicing, LLC*

## CERTIFICATE OF SERVICE

     The undersigned certifies that on January 21, 2014, I electronically filed the foregoing with the Clerk of the United States District Court for the Southern District of New York through the CM/ECF system, thereby automatically serving all registered parties.

                                                   /s/ Fredrick S. Levin
                                                        Fredrick S. Levin

1504063.2