UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CLARIZIA, FRANCES ERVING, and JOHNNIE ERVING, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  -v-<br><br>OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, SAXON MORTGAGE SERVICES, INC., MORGAN STANLEY, ASSURANT, INC., and AMERICAN SECURITY INSURANCE COMPANY,<br><br>      Defendants. | Civil Action No. 13 Civ. 02907 ALC-HBP<br><br>ECF Case |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Plaintiffs in this action. I certify that I am admitted to practice in this Court.

Dated: January 28, 2014

            LOWEY DANNENBERG COHEN &
            HART, P.C.

            Respectfully submitted,

            By: /s David C. Harrison
              David C. Harrison
              White Plains Plaza, Suite 509
              One North Broadway
              White Plains, NY 10601-1714
              Telephone: 914-997-0500
              Facsimile: 914-997-0035
              Email: dharrison@lowey.com

            *Attorney for Plaintiffs*