UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CLARIZIA, FRANCES ERVING, and JOHNNIE ERVING, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, SAXON MORTGAGE SERVICES, INC., MORGAN STANLEY, ASSURANT, INC. (d/b/a/ Assurant Specialty Property), and AMERICAN SECURITY INSURANCE COMPANY,<br><br>　　　　　Defendants. | Case No. 1:13-cv-2907-ALC-HBP<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Matthew Minerva of Bingham McCutchen LLP hereby enters his appearance as counsel for defendants Saxon Mortgage Services, Inc. and Morgan Stanley in the above-captioned action.

Dated:　March 21, 2014
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　BINGHAM MCCUTCHEN LLP

　　　　　　　　　　　　　　　　By:　/s/ *Matthew Minerva*
　　　　　　　　　　　　　　　　　　　Matthew Minerva
　　　　　　　　　　　　　　　　　　　matthew.minerva@bingham.com
　　　　　　　　　　　　　　　　　　　399 Park Avenue
　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　Telephone: 212.705.7000
　　　　　　　　　　　　　　　　　　　Facsimile: 212.752.5378

　　　　　　　　　　　　　　　　　　　*Attorney for Morgan Stanley and*
　　　　　　　　　　　　　　　　　　　*Saxon Mortgage Services, Inc.*