UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

John Clarizia, et al.,

                   Plaintiff,

       -against-

Ocwen Financial Corporation, et al.,

                 Defendant.
--------------------------------------------------------

Case No.  13 cv 2907 (ALC)(HBP)

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### Matthew Minerva
FILL IN ATTORNEY NAME

My SDNY Bar Number is: mm8840    My State Bar Number is 4192779

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:  FIRM NAME: Minerva & D'Agostino, P.C.
FIRM ADDRESS: 107 S. Central Avenue Valley Stream, NY 11580
FIRM TELEPHONE NUMBER: (516) 872-7400
FIRM FAX NUMBER: (516) 561-8500

NEW FIRM:  FIRM NAME: Bingham McCutchen LLP
FIRM ADDRESS: 399 park Avenue, New York, NY 10022
FIRM TELEPHONE NUMBER: 212-705-7000
FIRM FAX NUMBER: (212) 752-5378

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 4/12/2014

ATTORNEY'S SIGNATURE