IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CLARIZIA, FRANCES ERVING, and JOHNNIE ERVING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-v-<br><br>OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, SAXON MORTGAGE SERVICES, INC., MORGAN STANLEY, ASSURANT, INC. (d/b/a/ Assurant Specialty Property), and AMERICAN SECURITY INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 13 Civ. 02907 (ALC)<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** |

Plaintiffs respectfully submit this Notice of Supplemental Authority in further support of Plaintiff's Opposition to Defendants' Motions to Dismiss.

On April 7, 2014, Judge Cohn of the United States District Court for the Southern District of Florida denied a motion to dismiss in *Mahdavieh v. SunTrust Mortgage, Inc.*, No. 0:13-cv-62801, Dkt. No. 60 (S.D. Fla. Apr. 7, 2014), an action concerning force-placed hazard insurance. The court upheld the plaintiffs' claims for breach of contract and breach of the implied covenant of good faith and fair dealing, as well as, claims for breach of fiduciary duty. For the Court's convenience, a copy of this decision is attached hereto as Exhibit 1.

On March 27, 2014, Judge D'Agostino of the United States District Court for the Northern District of New York denied a motion to dismiss in *Hoover v. HSBC Mortgage Corp. (USA)*, No. 3:13-cv-149, Dkt. No. 85 (N.D.N.Y. Mar. 27, 2014), an action concerning force-placed flood insurance. The court upheld the plaintiffs' claims for breach of contract and breach of the implied covenant of good faith and fair dealing, as well as, claims for conversion, unjust enrichment, and violation of New York's consumer statutes. In doing so, she rejected Assurant

and the Loan Servicer's arguments that the filed rate doctrine precluded the plaintiffs' claims. For the Court's convenience, a copy of this decision is attached hereto as Exhibit 2.

On March 25, 2014, Judge Cohn of the United States District Court for the Southern District of Florida denied a motion to dismiss in *Hamilton v. SunTrust Mortgage Inc.*, No. 13-60749, Dkt. No. 145 (S.D. Fla. Mar. 25, 2014), an action concerning force-placed hazard insurance. The court upheld the plaintiffs' claims for breach of contract and breach of the implied covenant of good faith and fair dealing. For the Court's convenience, a copy of this decision is attached hereto as Exhibit 3.

On March 24, 2014, Judge Ryskamp of the United States District Court for the Southern District of Florida denied a motion to dismiss in *Carden v. ING Bank, FSB et al.*, No. 13-cv-80659, Dkt. No. 70 (S.D. Fla. Mar. 24, 2014), an action concerning force-placed insurance. The plaintiffs asserted claims of breach of contract and breach of the implied covenant of good faith and fair dealing, along with unjust enrichment, breach of fiduciary duty, conversion, tortious interference with business relationships, and aiding and abetting breach of fiduciary duty claims against the loan servicer and force-placed insurance vendor. For the Court's convenience, a copy of this decision is attached hereto as Exhibit 4.

On March 21, 2014, Magistrate Judge Beeler of the United States District Court for the Northern District of California denied a renewed motion to dismiss force-placed flood insurance claims in *Ellsworth v. U.S. Bank, N.A.*, No. 12-cv-2506, 2014 WL 1218833 (N.D. Cal. Mar. 21, 2014). The court sustained plaintiffs' claims for breach of contract and breach of the covenant of good faith and fair dealing against U.S. Bank, and unjust enrichment and violations of the California Business and Professions Code section 17200 against U.S. Bank and its force-placed insurance vendor. In doing so, the court rejected the defendants' argument that the filed rate doctrine precluded the plaintiffs' claims. For the Court's convenience, a copy of this decision is attached hereto as Exhibit 5.

On March 14, 2014, Chief Judge Chambers of the United States District Court for the Southern District of West Virginia denied the defendant's motion to dismiss breach of contract

claims in *Tinsley v. OneWest Bank, FSB*, No. 3:13-cv-23241, 2014 WL 1017516 (S.D. W.Va. Mar. 14, 2014). The court specifically upheld the plaintiff's breach of contract claim based on allegations that the defendant loan servicer required the plaintiff to obtain flood insurance in excess of what was required under the Deed of Trust, force-placed such insurance and charged the cost to the plaintiff. For the Court's convenience, a copy of this decision is attached hereto as Exhibit 6.

Dated: April 16, 2014

                                       **KESSLER TOPAZ**
                                           **MELTZER & CHECK, LLP**

                                       */s/ Peter A. Muhic*
                                       Edward W. Ciolko
                                       Peter A. Muhic
                                       Tyler S. Graden
                                       280 King of Prussia Road
                                       Radnor, PA 19087
                                       Telephone: (610) 667-7706
                                       Facsimile: (610) 667-7056

                                       **LOWEY DANNENBERG**
                                       **COHEN & HART, P.C.**
                                       Barbara J. Hart (BH-3231)
                                       David Harrison (DH-3834)
                                       One North Broadway, Suite 509
                                       White Plains, NY 10601-2301
                                       Telephone: (914) 997-0500
                                       Facsimile: (914) 997-0035

                                       **NORAH HART**
                                       305 Broadway, 14th Floor
                                       New York, New York 10007
                                       Telephone: (212) 897-5865
                                       Facsimile: (646) 537.:2662

                                       **BERGER & MONTAGUE, P.C.**
                                       Shanon J. Carson
                                       Patrick Madden
                                       1622 Locust Street
                                       Philadelphia, PA 19103
                                       Telephone: (215) 875-4656

Fax: (215) 875-4604
Email: scarson@bm.net
pmadden@bm.net

**TAUS, CEBULASH & LANDAU, LLP**
Brett Cebulash
Kevin S. Landau
80 Maiden Lane, Suite 1204
New York, NY 10038
Telephone: (212) 931-0704
Fax: (212) 931-0703
Email: bcebulash@tcllaw.com
klandau@tcllaw.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Robert K. Shelquist
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
Email: rkshelquist@locklaw.com

**NIX PATTERSON & ROACH, LLP**
Jeffery J. Angelovich
Michael B. Angelovich
Brad Seidel
Christopher R. Johnson
205 Linda Drive
Daingerfield, TX 75638
Telephone: (903) 645-7333
Facsimile: (903) 645-4415

**DEALY SILBERSTEIN & BRAVERMAN, LLP**
Milo Silberstein
225 Broadway, Suite 1405
New York, NY 10007
Tel: 212-385-0066
Fax: 212-385-2117

4

**CUNEO GILBERT & LaDUCA, LLP**
Charles J. LaDuca
8120 Woodmont Avenue
Bethesda, MD 20814
Tel: 202-789-3960
Tel: 202-789-1813
www.cuneolaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 16, 2014, I electronically filed the foregoing with the Clerk of the United States District Court for the Southern District of New York through the CM/ECF system, thereby automatically serving all registered parties.

*/s/ Peter A. Muhic*
Peter A. Muhic