UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CLARIZIA, FRANCES ERVING, and JOHNNIE ERVING, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, SAXON MORTGAGE SERVICES, INC., MORGAN STANLEY, ASSURANT, INC. (d/b/a/ Assurant Specialty Property), and AMERICAN SECURITY INSURANCE COMPANY,<br><br>        Defendants. | Case No.: 1:13-cv-02907 (ALC) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants Ocwen Financial Corporation and Ocwen Loan Servicing, LLC in the above-captioned action, and requests that copies of all future motions, notices, and other pleadings filed in this cause be furnished to the undersigned.

Dated: August 28, 2014

Respectfully submitted,

/s/ Brian V. Otero
Brian V. Otero
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, New York 10166
botero@hunton.com

*Attorney for Defendants Ocwen Financial Corporation and Ocwen Loan Servicing, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2014, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system. I further certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Brian V. Otero
Brian V. Otero