**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOHN CLARIZIA, FRANCES ERVING, and
JOHNNIE ERVING, on behalf of themselves
and all others similarly situated,

            Plaintiffs,

vs.

OCWEN FINANCIAL CORPORATION,
OCWEN LOAN SERVICING, LLC, SAXON
MORTGAGE SERVICES, INC., MORGAN STANLEY,
ASSURANT, INC. (d/b/a/ Assurant Specialty Property),
and AMERICAN SECURITY INSURANCE
COMPANY,

            Defendants.

Case No.: 1:13-cv-02907 (ALC)

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants

Ocwen Financial Corporation and Ocwen Loan Servicing, LLC in the above-captioned action,

and requests that copies of all future motions, notices, and other pleadings filed in this cause be

furnished to the undersigned.

      Dated: August 28, 2014

                          Respectfully submitted,

                          /s/ Ryan A. Becker
                          Ryan A. Becker
                          HUNTON & WILLIAMS LLP
                          200 Park Avenue, 52nd Floor
                          New York, New York 10166
                          rbecker@hunton.com

                          *Attorney for Defendants Ocwen Financial*
                          *Corporation and Ocwen Loan Servicing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2014, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system.  I further certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By:     /s/ Ryan A. Becker
            Ryan A. Becker