UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

JOHN CLARIZIA, *et al.*, individually and on
behalf of others similarly situated,

Plaintiffs,

-against-

OCWEN FINANCIAL CORPORATION, *et al.*,

Defendants.

---------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2014
```

1:13-cv-2907 (ALC) (HBP)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff mortgagors bring this class action suit against loan servicers and insurers, alleging that the loan servicers, which force-placed insurance on Plaintiffs' properties, had exclusive and illegal arrangements with the insurers that included "kickbacks" (in the form of commissions, fees, services, and illusory reinsurance contracts). Plaintiffs also allege that loan servicers and insurers breached common law, contract, and/or statutory duties to Plaintiffs with false or misleading communications and backdated, excessive, or improperly placed insurance. Defendants Morgan Stanley, Saxon Mortgage Services, Inc., Ocwen Financial Corporation, and Ocwen Loan Servicing moved to sever the case. (ECF Nos. 69 and 71). For reasons to be discussed more fully in a forthcoming order, Defendants' Motions to Sever are DENIED.

**SO ORDERED.**

Dated:   September 30, 2014

       New York, New York

           **ANDREW L. CARTER, JR.**
           **United States District Judge**