UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

John Clarizia, et al.,
                 Plaintiff,

-against-

Ocwen Financial Corporation, et al.,
                 Defendant.

Case No. 1:13-cv-2907-ALC-HBP

---

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒ I have cases pending     ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

                 Mary Gail Gearns
                 FILL IN ATTORNEY NAME

My SDNY Bar Number is: **MG5940**      My State Bar Number is **2056299**

I am,

☒ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Bingham McCutchen LLP
                 FIRM ADDRESS: 399 Park Avenue, New York, NY 10022
                 FIRM TELEPHONE NUMBER: 212.705.7000
                 FIRM FAX NUMBER: 212.752.5378

NEW FIRM:    FIRM NAME: Morgan, Lewis & Bockius LLP
                 FIRM ADDRESS: 399 Park Avenue, New York, NY 10022
                 FIRM TELEPHONE NUMBER: 212.705.7000
                 FIRM FAX NUMBER: 212.752.5378

☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____

Dated: November 25, 2014

                                                                  /s/ Mary Gail Gearns
                                                                   ATTORNEY'S SIGNATURE