UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
John Clarizia, et al.,

                    Plaintiff,

    -against-

Ocwen Financial Corporation, et al.,

                    Defendant.
-------------------------------------------------------------------

Case No. 1:13-cv-2907-ALC-HBP

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Matthew Minerva
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MM 8840    My State Bar Number is 4192779

I am,

[X] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Bingham McCutchen LLP
                  FIRM ADDRESS: 399 Park Avenue, New York, NY 10022
                  FIRM TELEPHONE NUMBER: 212.705.7000
                  FIRM FAX NUMBER: 212.752.5378

NEW FIRM:    FIRM NAME: Morgan, Lewis & Bockius LLP
                  FIRM ADDRESS: 399 Park Avenue, New York, NY 10022
                  FIRM TELEPHONE NUMBER: 212.705.7000
                  FIRM FAX NUMBER: 212.752.5378

[X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____

Dated: November 25, 2014

_____
ATTORNEY'S SIGNATURE