UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
LISA CHAMBERLIN ENGELHARDT, JOHN        :
CLARIZIA, GERALD COULTHURST,            :
ENRIQUE DOMINGUEZ, on behalf of themselves :
and all others similarly situated,      :    Case No. 13-cv-2907-ALC-HBP
                                        :
               Plaintiffs,              :
                                        :
       - v -                            :
                                        :
OCWEN FINANCIAL CORPORATION, *et al.*,  :
                                        :
               Defendants.              :
------------------------------------------ X

**MOTION FOR WITHDRAWAL OF APPEARANCE AND [PROPOSED] ORDER**

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 1.4, Karen E. Abravanel respectfully moves to withdraw her appearance as attorney for Defendants Assurant, Inc., American Security Insurance Company, and Standard Guaranty Insurance Company (collectively, the "Assurant Defendants") and for the Court to direct the Clerk to remove her name from the electronic docket in this case. In January 2015, Ms. Abravanel will be taking a position with another company. Sullivan & Worcester LLP and Carlton Fields Jorden Burt will continue as counsel for the Assurant Defendants.

Dated: New York, New York  
December 31, 2014

Respectfully submitted,

By: /s/Karen E. Abravanel  
    Andrew T. Solomon  
    Karen E. Abravanel  
SULLIVAN & WORCESTER LLP  
1633 Broadway, 32nd Floor  
New York, New York 10019  
Telephone: (212) 660-3000  
Facsimile: (212) 660-3001  
asolomon@sandw.com  
kabravanel@sandw.com

-and-

        Franklin G. Burt (*pro hac vice*)
        W. Glenn Merten (*pro hac vice*)
        CARLTON FIELDS JORDEN BURT
        1025 Thomas Jefferson Street, NW
        Suite 400 East
        Washington, DC 20007
        Telephone: (202) 965-8100
        Facsimile: (202) 965-8104
        fburt@cfjblaw.com
        gmerten@cfjblaw.com

        *Attorneys For Defendants Assurant, Inc., American Security Insurance Company, and Standard Guaranty Insurance Company*

SO ORDERED:

_____
Hon. Andrew L. Carter, Jr.