UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CLARIZIA, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OCWEN FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | ECF Case<br><br>No. 13 Civ. 2907 (ALC) |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, defendants Assurant, Inc. and American Security Insurance Company, by and through undersigned counsel, will move in the above-captioned action before the Honorable Andrew L. Carter, Jr., United States District Judge, on a date and at a time to be determined by the Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for the entry of an order dismissing, with prejudice, the (potentially) litigable claims of Frances and Johnnie Erving, and granting such other and further relief as may be just and equitable.

Dated:  New York, New York
        February 20, 2015

SULLIVAN & WORCESTER LLP

By: */s/ Andrew T. Solomon*
Andrew T. Solomon (AS-9200)
1633 Broadway, 32nd Floor
New York, New York 10019
(212) 660-3000

CARLTON FIELDS JORDEN BURT, P.A.
Frank G. Burt (*pro hac vice*)
W. Glenn Merten (*pro hac vice*)
Brian P. Perryman (*pro hac vice*)
1025 Thomas Jefferson Street NW
Suite 400 East
Washington, DC 20007
(202) 965-8100

*Attorneys for Defendants Assurant, Inc., and American Security Insurance Company*