UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CLARIZIA, *et al.*, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>OCWEN FINANCIAL CORP., *et al.*,<br><br>      Defendants. | Case No. 1:13-cv-2907-ALC-HBP |

**NOTICE OF MOTION TO DISMISS BY DEFENDANTS
SAXON MORTGAGE SERVICES, INC. AND MORGAN STANLEY**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Mary Gail Gearns, dated February 20, 2015, and the exhibits thereto, and all prior pleadings and proceedings herein, Defendants Saxon Mortgage Services, Inc. and Morgan Stanley will move this Court, before the Honorable Andrew L. Carter, Jr., at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on a date and at a time to be determined by the Court, for an order dismissing all claims asserted against them in the Second Amended Complaint, with prejudice, under Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

[Remainder of page intentionally left blank.]

Dated: New York, New York  
February 20, 2015

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Mary Gail Gearns  
    Mary Gail Gearns  
Matthew Minerva  
Michael J. Ableson  
399 Park Avenue  
New York, New York 10022  
Tel: (212) 705-7000  
Fax: (212) 752-5378  
Email: marygail.gearns@morganlewis.com  
Email: matthew.minerva@morganlewis.com  
Email: michael.ableson@morganlewis.com

*Attorneys for Defendants Saxon Mortgage Services, Inc. and Morgan Stanley*