**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOHN CLARIZIA, *et al.*, individually and on behalf of all others similarly situated,

        Plaintiffs,

        v.

OCWEN FINANCIAL CORP., *et al.*,

        Defendants.

Case No. 1:13-cv-2907-ALC-HBP

**DECLARATION OF MARY GAIL GEARNS IN SUPPORT OF THE MOTION TO DISMISS BY SAXON MORTGAGE SERVICES, INC. AND MORGAN STANLEY**

MARY GAIL GEARNS hereby declares under penalty of perjury as follows:

1. I am a member of Morgan, Lewis & Bockius LLP, counsel for defendants Saxon Mortgage Services, Inc. ("Saxon") and Morgan Stanley and make this declaration in support of their motion to dismiss.

   a. Attached as **Exhibit 1** hereto is a true and correct copy of a Hazard Insurance Authorization, Requirements and Disclosure form executed by Johnnie Erving, Jr. and Frances T. Erving on July 21, 2006.

   b. Attached as **Exhibit 2** hereto is a true and correct copy of an Escrow Wavier agreement executed by Johnnie Erving, Jr. and Frances T. Erving on July 21, 2006.

   c. Attached as **Exhibit 3** hereto is a true and correct copy of a Home Affordable Modification Agreement, as it is maintained in Saxon's files, executed by Johnnie Erving, Jr. and Frances T. Erving, with an effective date of August 1, 2010.

    d.  Attached as **Exhibit 4** hereto is a true and correct copy of a letter and enclosure sent to Johnnie Erving, Jr. and Frances T. Erving on or about August 20, 2010.

Dated this 20th day of February, 2015

          /s/ Mary Gail Gearns
          MARY GAIL GEARNS