UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

JOHN CLARIZIA, et al.              Plaintiff,          Case No. 1:13-cv-2907-ALC-HBP

-against-

OCWEN FINANCIAL CORP., et al.     Defendant.
--------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Mary Gail Gearns**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MG5940          My State Bar Number is 2056299

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Morgan, Lewis & Bockius LLP
             FIRM ADDRESS: 399 Park Avenue, New York, NY 10022
             FIRM TELEPHONE NUMBER: (212) 705-7000
             FIRM FAX NUMBER: (212) 752-5378

NEW FIRM:    FIRM NAME: Morgan, Lewis, & Bockius LLP
             FIRM ADDRESS: 101 Park Avenue, New York, NY 10178
             FIRM TELEPHONE NUMBER: (212) 309-6000
             FIRM FAX NUMBER: (212) 309-6001

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: April 24, 2015

ATTORNEY'S SIGNATURE