UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

JOHN CLARIZIA, et al.

                          Plaintiff,

        -against-

OCWEN FINANCIAL CORP., et al.   Defendant.
--------------------------------------------------------

Case No.  1:13-cv-2907-ALC-HBP

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]   I have cases pending          [ ]   I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### Matthew Minerva
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MM8840_____   My State Bar Number is 4192779_____

I am,

[✓]   An attorney
[ ]   A Government Agency attorney
[ ]   A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Morgan, Lewis & Bockius LLP_____
            FIRM ADDRESS: 399 Park Avenue, New York, NY 10022_____
            FIRM TELEPHONE NUMBER: (212) 705-7000_____
            FIRM FAX NUMBER: (212) 752-5378_____

NEW FIRM:   FIRM NAME: Morgan, Lewis, & Bockius LLP_____
            FIRM ADDRESS: 101 Park Avenue, New York, NY 10178_____
            FIRM TELEPHONE NUMBER: (212) 309-6000_____
            FIRM FAX NUMBER: (212) 309-6001_____

[✓]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]   I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
      was entered on _____ by Judge_____.

Dated: April 24, 2015

                                    _____
                                    ATTORNEY'S SIGNATURE