UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOHN CLARIZIA, *et al.*, individually and on behalf of others similarly situated,

                    Plaintiffs,

-against-

OCWEN FINANCIAL CORPORATION, *et al.*,

                    Defendants.

------------------------------------------------------------x

1:13-cv-02907 (ALC) (HBP)

**ORDER EXTENDING BRIEFING SCHEDULE AND ADJOURNING HEARING TO SHOW CAUSE**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the parties' request, dated October 19, 2015, for an extension on the briefing schedule for the show-cause hearing scheduled for December 11, 2015. That request is GRANTED. The new briefing schedule is as follows:

| | |
|---|---|
| Defendants' Opening Brief | November 20, 2015 |
| Plaintiffs' Response | December 21, 2015 |
| Defendants' Reply (if any) | January 8, 2016 |

The show cause hearing previously scheduled for December 11, 2015, is ADJOURNED to **January 8, 2016**, at **10:00 a.m.** The parties should appear in person in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

SO ORDERED.

Dated: October 23, 2015
       New York, New York

                                                ANDREW L. CARTER, JR.
                                                United States District Judge