UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOHN CLARIZIA, *et al.*, individually and on behalf of all others similarly situated, | : : : : | ECF Case<br><br>No. 13 Civ. 2907 (ALC) (HBP) |
| Plaintiffs, | : : | **NOTICE OF MOTION** |
| vs. | : : | |
| OCWEN FINANCIAL CORPORATION, *et al.*, | : : | |
| Defendants. | : : | |

      PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, as well as supporting materials previously filed in connection with prior motions, defendants Saxon Mortgage Services, Inc., Morgan Stanley, Assurant, Inc., and American Security Insurance Company, by and through undersigned counsel, will move in the above-captioned action before the Honorable Andrew L. Carter, Jr., United States District Judge, on a date and at a time to be determined by the Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for the entry of an order dismissing, with prejudice, the claims of Frances and Johnnie Erving, and granting such other and further relief as may be just and equitable.

Dated: November 20, 2015 Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP                    CARLTON FIELDS JORDEN BURT, P.A.

By: */s/ Mary Gail Gearns*　　　　　　　By: */s/ Frank G. Burt*　　　　　　
Mary Gail Gearns                                Frank G. Burt (*pro hac vice*)
marygail.gearns@morganlewis.com                 fburt@cfjblaw.com
Matthew Minerva                                 W. Glenn Merten (*pro hac vice*)
matthew.minerva@morganlewis.com                 gmerten@cfjblaw.com
101 Park Avenue                                 Brian P. Perryman (*pro hac vice*)
New York, New York 10178                        bperryman@cfjblaw.com
Tel: (212) 309-6000                             1025 Thomas Jefferson Street NW
Fax: (212) 309-6001                             Suite 400 East
                                                Washington, DC 20007
*Attorneys for Defendants Saxon Mortgage*       Telephone: (202) 965-8100
*Services, Inc. and Morgan Stanley*             Facsimile: (202) 965-8104

SULLIVAN & WORCESTER LLP
Andrew T. Solomon
asolomon@sandw.com
1633 Broadway
32nd Floor
New York, New York 10019
Telephone: (212) 660-3000
Facsimile: (212) 660-3001

*Attorneys for Defendants Assurant, Inc., and American Security Insurance Company*