UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOHN CLARIZIA, *et al.*, individually and on behalf of all others similarly situated, | : : : : | ECF Case<br><br>No. 13 Civ. 2907 (ALC) (HBP) |
| Plaintiffs, | : : | **NOTICE OF MOTION** |
| vs. | : : | |
| OCWEN FINANCIAL CORPORATION, *et al.*, | : : | |
| Defendants. | : : | |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, as well as supporting materials previously filed in connection with prior motions, defendants Assurant, Inc. and American Security Insurance Company, by and through undersigned counsel, will move in the above-captioned action before the Honorable Andrew L. Carter, Jr., United States District Judge, on a date and at a time to be determined by the Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for partial reconsideration of their motion to dismiss pursuant to Rule 12(b)(1), and for the entry of an order dismissing, with prejudice, the Second Amended Class Action Complaint as against the moving defendants pursuant to Fed. R. Civ. P. 12(b)(1), and granting such other and further relief as may be just and equitable.

| | |
|---|---|
| Dated:    November 20, 2015 | Respectfully submitted, |

| | |
|---|---|
| SULLIVAN & WORCESTER LLP<br>Andrew T. Solomon<br>asolomon@sandw.com<br>1633 Broadway<br>32nd Floor<br>New York, New York 10019<br>Telephone: (212) 660-3000<br>Facsimile: (212) 660-3001 | CARLTON FIELDS JORDEN BURT, P.A.<br><br>By: */s/ Frank G. Burt*<br>Frank G. Burt (*pro hac vice*)<br>fburt@cfjblaw.com<br>W. Glenn Merten (*pro hac vice*)<br>gmerten@cfjblaw.com<br>Brian P. Perryman (*pro hac vice*)<br>bperryman@cfjblaw.com<br>1025 Thomas Jefferson Street NW<br>Suite 400 East<br>Washington, DC 20007<br>Telephone: (202) 965-8100<br>Facsimile: (202) 965-8104<br><br>*Attorneys for Defendants Assurant, Inc., American Security Insurance Company, and Standard Guaranty Insurance Company* |